Prob12A
(7/93)

# United States District Court
## for the District of Massachusetts
### Report on Offender Under Supervision

**Name of Offender:** Carlos Caraballo Bonilla  **Case Number:** 0101 1:15CR10359

**Name of Sentencing Judicial Officer:** Honorable Denise J. Casper, U.S. District Judge

**Date of Original Sentence:** February 15, 2017

**Original Offense:** Felon in Possession of Firearm 18 U.S.C. § 922(g)(1)

**Original Sentence:** 45 months in custody followed by 36 months of supervised release

**Date of First Revocation Hearing:** September 4, 2019

**First Revocation Sentence:** Defendant admitted violation conduct and was ordered to remain on the same conditions of release

**Date of Second Revocation Hearing:** January 11, 2021

**Second Revocation Sentence:** Defendant admitted violation conduct and was ordered to remain on the same conditions of release with the addition of a special condition. The special condition is that the defendant must attend and complete an inpatient residential drug treatment program as directed by the Probation Office. The defendant was to observe the rules of the program

**Type of Supervision:** Term of Supervised Release    **Date Supervision Commenced:** March 15, 2019

---

### NON-COMPLIANCE SUMMARY

| Violation Number | Nature of Noncompliance |
|---|---|
| I. | **Violation of Special Condition:** **The defendant must attend and complete an inpatient residential drug treatment program as directed by the Probation Office. The defendant was to observe the rules of the program.** |
|  | On February 22, 2021, Mr. Caraballo Bonilla provided a drug test at Steppingstone inpatient residential treatment program that returned positive for fentanyl. |

U.S. Probation Officer Action:

On February 25, 2021, Mr. Caraballo Bonilla was confronted with the positive drug test result. Mr. Caraballo Bonilla denied he used fentanyl, but admitted he found a baggie of fentanyl in his pants pocket and claimed he threw it away. Mr. Caraballo Bonilla was directed by Steppingstone to re-enter detox at SSTAR. Mr. Caraballo Bonilla attempted to do so, but was found not to meet the level of care.

As a result, he returned to Steppingstone and awaited at bed on the Community Support and Stabilization (CSS) unit at SSTAR. On March 4, 2021, Mr. Caraballo Bonilla returned to SSTAR and is presently on the CSS unit. He is expected to complete the program and return to Steppingstone on or about March 18, 2021.

In response to Mr. Caraballo Bonilla's non-compliance, the undersigned will continue to closely monitor Mr. Caraballo Bonilla's progress in the residential drug treatment. The undersigned will continue to assist Mr. Caraballo Bonilla with the development and application of cognitive-behavioral strategies to address his substance use disorder. At this time, the undersigned respectfully requests no action from the Court. This document serves as notification of the non-compliance.

| Reviewed/Approved by: | Respectfully submitted, |
|---|---|
| */s/ Gina P Affsa* <br> Gina P Affsa <br> Supervisory U.S. Probation Officer | */s/ Jessica   Turkington* <br> by  Jessica   Turkington <br> Senior U.S. Probation Officer <br> Date:            3/12/2021 |

*No Response is necessary unless the court directs that additional action be taken as follows:*

[x] Approved
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

The Honorable Denise J. Casper
U.S. District Judge

March 17, 2021
Date